IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELBOW ENERGY, LLC,

　　　　　　Plaintiff(s),

　　v.

EQUINOR USA ONSHORE PROPERTIES INC.,

　　　　　　Defendant(s)/
　　　　　　Third-Party Plaintiff(s),

　　v.

　　　　　　Third-Party Defendant(s).

Civil Action No. 4:19-cv-01873

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant (type of party), who is EQUINOR USA ONSHORE PROPERTIES INC. (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

   ☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Equinor USA Onshore Properties Inc. is owned by Equinor USA Properties Inc. Equinor USA Properties Inc. is owned by Equinor US Holdings Inc., which is owned by Equinor Energy AS. Equinor Energy AS is owned by Equinor ASA, a publicly traded entity.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Nicolle R. Snyder Bagnell
Signature of Counsel for Party

Date: October 29, 2019