IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELBOW ENERGY, LLC, | No. 4:19-CV-01873 |
| Plaintiff, | (Judge Brann) |
| v. | |
| EQUINOR USA ONSHORE PROPERTIES, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of May 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Elbow Energy, LLC's Motion to Compel Answers to Interrogatories and Production of Documents (Doc. 16) is **GRANTED** with respect to Interrogatories 5–8 and Requests for Production 2, 3, and 7. It is **DENIED** in all other respects.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge